UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HIEMSTRA, | No. 2:16-cv-2437-JAM-EFB |
| Plaintiff, | |
| v. | ORDER |
| CREDIT ONE BANK, | |
| Defendant. | |

On April 28, 2017, plaintiff filed a notice of hearing regarding a discovery disagreement, setting the matter for hearing on May 31, 2017. ECF No. 11. Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date or, in this instance, by May 24, 2017. Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id.*

Although the deadline has passed, the docket reflects that no Joint Statement re Discovery Disagreement has been filed in connection with plaintiff's motion. Therefore, the notice of hearing regarding discovery dispute (ECF No. 11) is denied without prejudice and the May 31, 2017 hearing is vacated.

So Ordered.

DATED: May 25, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE