# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rhonda Hiemstra,<br><br>　　　　　Plaintiff,<br>v.<br><br>Credit One Financial, a Nevada Corporation d/b/a Credit One Bank, N.A.; DOES 1-10<br>　　　　　Defendant. | Case No:16-cv-02437-JAM-EFB<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE REMAINING DEADLINES**<br>**(AS MODIFIED BY THE COURT)** |

The Court has reviewed the Stipulation of Plaintiff Rhonda Hiemstra ("Plaintiff") and Defendant Credit One Bank, N.A., erroneously sued and served as Credit One Financial, a Nevada Corporation d/b/a Credit One Bank, N.A... ("Defendant"), to continue the remaining deadlines set forth in the Court's Scheduling Order.

Pursuant to the Stipulation between the parties and for good cause, the Court orders that its March 7, 2017 Scheduling Order is modified as follows:

{00075725;1}

Discovery Cut-Off of November 3, 2017 is continued to February 2, 2018

Dispositive motions cut off of December 22, 2017 is continued to March 27, 2018.

Hearing on such motions currently set for January 16, 2018 at 1:30 p.m. is continued to April 24, 2018 at 1:30 p.m.

Final pre-trial conference set for March 2, 2018 at 10:00 a.m. is continued to June 1, 2018 at 10:00 a.m.

Trial of April 16, 2018 at 9:00 a.m. is continued to July 16, 2018 at 9:00 a.m.

IT IS SO ORDERED (**AS MODIFIED BY THE COURT**)

DATE: 10/16/2017 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

{00075725;1}