# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HIEMSTRA, | No. 2:16-cv-2437-JAM-EFB |
| Plaintiff, | |
| v. | ORDER |
| CREDIT ONE BANK, | |
| Defendant. | |

On September 22, 2017, defendant filed a "notice of hearing of discovery disagreement," requesting to set a hearing before the undersigned on November 1, 2017. ECF No. 22. Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date or, in this instance, by October 25, 2017. Local Rule 251(a) also provides that the hearing on a discovery matter may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id*.

Although the deadline has passed, the docket reflects that no Joint Statement re Discovery Disagreement has been filed in connection with defendant's pleading. Therefore, the November 1, 2017 hearing thereon is vacated.

So Ordered.

DATED: October 26, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE